IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01768-WYD-MJW

DONALD T. PIPPIN, SR.,

Plaintiff(s),

v.

ELBERT COUNTY, COLORADO,
DEL SCHWAB,
KURT C. SCHLEGEL, and
JOHN SHIPPER, Elbert County Commissioners in their official and individual capacities,
       and
JOHN DOES 1-10,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Appear by Telephone (Docket No. 12) is granted.  Plaintiff's counsel, Terry Wallace, may participate in the September 11, 2012, scheduling conference by calling the court at (303) 844-2403 on September 11, 2012, at 10:30 a.m. Mountain Time.

Date: August 22, 2012