IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-cv-01768-WYD-MJW

DONALD T. PIPPIN, SR,

        Plaintiff,

-vs-

ELBERT COUNTY, COLORADO,
DEL SCHWAB, KURT C. SCHLEGEL
and JOHN SHIPPER, Elbert County
Commissioners in their official and
individual capacities, and JOHN DOES
1-10,

        Defendants.

---

**O R D E R**  ( Docket no 22 )

---

Plaintiff's unopposed motion to dismiss his complaint against defendants

John Does 1-10, and to vacate the November 5, 2012 Show Cause Hearing, is

GRANTED.

BY THE COURT

Michael J. Watanabe
United States Magistrate Judge