IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01768-WYD-MJW

DONALD T. PIPPIN, SR.,

Plaintiff(s),

v.

ELBERT COUNTY, COLORADO,
DEL SCHWAB,
KURT C. SCHLEGEL, and
JOHN SHIPPER, Elbert County Commissioners in their official and individual capacities,
       and
JOHN DOES 1-10,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' <u>Unopposed</u> Motion for (1) Permission to Re-Open Plaintiff's Deposition and (2) Extension of Deadlines for Motion for Summary Judgment (Docket No. 29) is granted.  It is thus further

ORDERED that the plaintiff's deposition may be re-opened to address new documents that are set to be produced by February 18, 2013.  In addition, it is further

ORDERED that the deadline for filing dispositive motions is extended up to and including March 14, 2013.  The Scheduling Order (Docket No. 18) is so amended.  Any response to a dispositive motion filed on or before March 14, 2013, shall be filed on or before April 11, 2013, and any reply shall be filed on or before April 25, 2013.

Date: February 15, 2013