IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01768-WYD-MJW

DONALD T. PIPPIN, SR.,

Plaintiff(s),

v.

ELBERT COUNTY, COLORADO,
DEL SCHWAB,
KURT C. SCHLEGEL, and
JOHN SHIPPER, Elbert County Commissioners in their official and individual capacities,
    and
JOHN DOES 1-10,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendants' <u>Unopposed</u> Motion for Permission to File a Motion for Summary Judgment of Greater Length (Docket No. 30) is granted, and defendants shall thus be permitted to file a motion for summary judgment not exceeding twenty pages, excluding the section of facts section.

Date: February 15, 2013