IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01768-WYD-MJW

DONALD T. PIPPIN, SR.,

    Plaintiff,

v.

ELBERT COUNTY, COLORADO;
DEL SCHWAB;
KURT C. SCHLEGEL; and
JOHN SHIPPER, Elbert County Commissioners in their official and individual capacities,

    Defendants.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on February 7, 2014, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED that judgment is hereby entered in favor of Defendants, Elbert County, Colorado; Del Schwab; Kurt C. Schlegel; and John Shipper, Elbert County Commissioners in their official and individual capacities, and against Plaintiff, Donald T. Pippin, Sr., on Defendants' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56. It is further

    ORDERED that plaintiff's complaint and action are dismissed. It is further

ORDERED that Defendants shall have their costs, by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 7th day of February, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk